UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                             Case No. 06-49172-WSd

**JOHN R. BECKERMAN,**                 Chapter 7
**JENNIFER A. BECKERMAN**,

                                                 HON. WALTER SHAPERO

         Debtors.
_____/

**STIPULATION FOR ENTRY OF ORDER
CONDITIONALLY GRANTING THE UNITED STATES
TRUSTEE'S MOTION TO DISMISS AND ALLOWING DEBTORS
TO CONVERT THIS CASE TO A CHAPTER 13 PROCEEDING**

This is the stipulation of the United States Trustee and the Debtors, by their respective counsel for the entry of an Order conditionally granting the U.S. Trustee's Motion to Dismiss and allowing Debtors to convert this case to a chapter 13 proceeding.


**HABBO G. FOKKENA**                 **WILLIAM C. BABUT, PC**
**UNITED STATES TRUSTEE**
Region 9


By: /s/ David K. Foust (P23450)       /s/ Nathaniel H. Herdt (P68144)
     David.K.Foust@usdoj.gov            nherdt@babutlaw.com
     Trial Attorney                         700 Towner Street
     211 W Fort St Ste 700              Ypsilanti, MI 48198
     Detroit, MI 48226-3263            (734) 485-7000
     (313) 226-7954


Dated: February 5, 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 06-49172-WSd

**JOHN R. BECKERMAN,**                              Chapter 7
**JENNIFER A. BECKERMAN**,
                                                    HON. WALTER SHAPERO
    Debtors.
_____/

# ORDER CONDITIONALLY GRANTING THE UNITED STATES
# TRUSTEE'S MOTION TO DISMISS AND ALLOWING DEBTORS
# TO CONVERT THIS CASE TO A CHAPTER 13 PROCEEDING

    This case having come before the Court upon Motion by the United States Trustee, seeking an order dismissing the above referenced chapter 7 case pursuant to 11 U.S.C. § 707(b)(3), notice having been given to parties in interest, hearings having been held on May 24, 2007 and June 12, 2007, the Court having issued its Opinion Granting Trustee's § 707(b)(3) Motion on February 4, 2008, and the Court being otherwise fully advised in the premises;

    **IT IS HEREBY ORDERED** that for the reasons stated in the Court's Opinion, the United States Trustee's Motion is conditionally granted, as follows: Debtors may convert this case to a chapter 13 proceeding within 20 days of the entry of this Order. If the Debtors convert this case to a chapter 13 proceeding by the deadline herein, the United States Trustee's Motion to dismiss will be deemed denied without prejudice. If the Debtors do not convert this case to chapter 13 by the deadline set by the Court, the United States Trustee may submit an order dismissing this case (notice of presentment is waived), and this Chapter 7 case will be dismissed.